NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

December 1, 2022

**ERRATA**

---

Appeal No. 2022-1171

**TREEHOUSE AVATAR LLC,**
*Plaintiff-Appellant*

**v.**

**VALVE CORPORATION,**
*Defendant-Appellee*

---

Decided:  November 30, 2022
Precedential Opinion

---

Please make the following change:

On page 6, lines 34 and 36, "Zydus" is changed to "Zyda."

On page 11, line 14, "Zydus" is changed to "Zyda."